```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

      v.      Criminal No. 07-50087-001

JIMMY JOE WATTERS                                           DEFENDANT

### O R D E R

Now on this 17th day of December, 2007, comes on for consideration defendant's **Motion For Competency Examination** (document #8), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted.**

**IT IS THEREFORE ORDERED** that, pursuant to **18 U.S.C. §4247(b),** the defendant is hereby committed to the custody of the Attorney General or his authorized representative for placement in a suitable federal correctional facility for a period not to exceed thirty (30) days for a mental competency evaluation under **18 U.S.C. §4241** to determine whether he is able to understand the nature and consequences of the proceedings against him and to properly assist in his defense.

**IT IS FURTHER ORDERED** that, pursuant to **18 U.S.C. §4247(c),** the facility conducting the evaluation shall file a copy of the report with this Court, with copies to counsel for the defendant and the government.  Should defendant desire a hearing on the issue of his competency to stand trial, he will have ten (10) days from the filing of the report within which to demand such.

**IT IS FURTHER ORDERED** that the jury trial scheduled for January 28, 2008, is hereby continued *sine die*.  The delay in the trial of this action occasioned by the mental evaluation is excludable under the provisions of **18 U.S.C. §3161(h)(1)(A).**

**IT IS SO ORDERED.**

                                                  **/s/ Jimm Larry Hendren**
                                                **JIMM LARRY HENDREN**
                                                **UNITED STATES DISTRICT JUDGE**