**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

        **v.**          **Criminal No. 07-50087-001**

**JIMMY JOE WATTERS**                                                        **DEFENDANT**

<u>**O R D E R**</u>

Now on this 16th day of May, 2008, comes on for consideration the government's oral motion for an extension of time to respond to defendant's Motion To Suppress (document #16), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and the government is allowed until Monday, May 19, 2008, to respond to said motion.

    **IT IS SO ORDERED.**

                                                   /s/ Jimm Larry Hendren
                                                   **JIMM LARRY HENDREN
                                                   UNITED STATES DISTRICT JUDGE**