IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF/RESPONDENT |
| V.   CASE NO. 5:07-CR-50087-001 | |
| JIMMY JOE WATTERS | DEFENDANT/PETITIONER |

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 63) filed in this case on April 5, 2017, by the Honorable Erin L. Wiedemann, United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 63) is **ADOPTED IN ITS ENTIRETY**, and Petitioner's Motion to Dismiss 28 U.S.C. 2255 Petition (Doc. 61) is **GRANTED**, and Petitioner's 28 U.S.C. 2255 Petition (Doc. 37) is **DISMISSED WITHOUT PREJUDICE**. For the reasons stated in the Report and Recommendation, a request for Certificate of Appealability is **DENIED**.

IT IS SO ORDERED on this 27th day of April, 2017.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE